IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

RODOSVALDO POZO,

           Petitioner,

  v.                                                  ORDER
                                                     07-C-597-S

J. HUIBREGTSE, PETER HUIBREGTSE,
CAPT. GERBER, LT. BOISEN. SGT. HANKE,
CAPT. BROWN, OFFICER WETTER and
OFFICER SHERMAN,

           Respondents.

---

    Petitioner has submitted a complaint and a request to proceed in forma pauperis with an affidavit of indigency. Before his request can be addressed he shall submit a certified copy of his trust fund account statement for the last six months.

    Failure to submit this information by November 8, 2007 may result in dismissal of this action for failure to prosecute.

ORDER

    IT IS ORDERED that petitioner shall submit his trust fund account statement or the filing fee by November 8, 2007 or this action may be dismissed for his failure to prosecute.

    Entered this 25th day of October, 2007.

                                      BY THE COURT:

                                      _____/s/_____
                                      JOHN C. SHABAZ
                                      District Judge