IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RODOSVALDO C. POZO,

                                            ORDER

                Plaintiff,

                                  3:07-cv-00597-jcs

       v.

J. HUIBREGTSE, PETER
HUIBREGTSE and CAPTAIN
BROWN,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Because Judge Shabaz will be convalescing from shoulder surgery for a period of not less than sixty days beginning February 1, 2008, I have assumed administration of the cases previously assigned to him, including this one.  To fit this case into the calendar of this court, I am vacating the scheduling order entered in this case on December 17, 2007 and asking the clerk of court to schedule a status conference before United States Magistrate

1

Judge Stephen Crocker for the setting of a new trial date and pretrial schedule.

Entered this 5th day of February, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

3